UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
MAC & JACK'S BREWERY INC.,            :
                                      :
                        Plaintiff,    :           ORDER
         -against-                    :
                                      :           19 Civ. 962 (GBD)
AMERICAN CIDER COMPANY, LLC,          :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

The show cause hearing scheduled for August 25, 2020 is adjourned to October 20, 2020 at 10:30 a.m.

Plaintiff is directed to reach out to the New York Legal Assistance Group ("NYLAG")'s Legal Clinic for *Pro Se* Litigants in the SDNY for legal advice or assistance. The NYLAG's website is www.nylag.org and any inquiries for the NYLAG may be directed by phone to (212) 659-6190.

Dated: August 5, 2020
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE