

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**L. Danielle Toaltoan**
(212) 603-6463 tel
(212) 489-8340 fax

danielletoaltoan@dwt.com

October 16, 2020

**VIA ECF**

The Hon. George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*SO ORDERED*

OCT 1 9 2020 The Show Cause hearing is adjourned from October 20, 2020 to December 15, 2020 at 10:30 a.m.

George B. Daniels
HON. GEORGE B. DANIELS

Re: *Mac & Jack's Brewery Inc. v. American Cider Co., LLC,* Case No. 19 Civ. 00962 (GBD)

Dear Judge Daniels:

This firm represents Plaintiff Mac & Jack's Brewery, Inc. ("Plaintiff") in the above-captioned matter. We write to seek an adjournment of the hearing, scheduled for Tuesday, October 20, 2020 at 10:30a.m. (the "Hearing"), concerning Plaintiff's application for an order to show cause why Defendant American Cider Company LLC ("Defendant") and its agents Julie Ciolek and Leonard Ciolek should not be held in contempt (the "Motion") of the Court's Default Judgment and Permanent Injunction order, entered on April 30, 2019. Dkt. Nos. 22-27. The parties are in discussions to resolve the Motion and believe that additional time would aid settlement of the dispute.

Per your Individual Rules, the date for the Hearing is currently October 20, 2020 at 10:30 a.m; the parties have not requested a prior adjournment of this Hearing; and Defendant in this action consents to Plaintiff's request for an adjournment of the Hearing.

We appreciate the Court's cooperation in the matter.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ L. Danielle Toaltoan

L. Danielle Toaltoan

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4844-5693-6911v.1 0081517-000003