UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MAC & JACK'S BREWERY INC.,

      Plaintiff,

 -against-

AMERICAN CIDER COMPANY, LLC,

      Defendant.

------------------------------------ x

ORDER

19 Civ. 962 (GBD)

GEORGE B. DANIELS, District Judge:

  The show cause hearing scheduled for December 15, 2020 is adjourned to January 26, 2021 at 10:30 a.m.

  Defendant American Cider Company, LLC cannot proceed without an attorney representing the Corporate Defendant. An attorney shall file a notice of appearance prior to the hearing date. If needed, Defendant may contact the New York Legal Assistance Group's ("NYLAG") Legal Clinic for *Pro Se* Litigants in the Southern District of New York for legal advice or assistance. The NYLAG website is www.nylag.org and the phone number is (212) 659-6190.

Dated: December 9, 2020
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE