UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAC & JACK'S BREWERY INC.,

                       Plaintiff,

-against-

AMERICAN CIDER COMPANY, LLC,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 962 (GBD)

GEORGE B. DANIELS, District Judge:

    If an attorney does not file a notice of appearance on behalf of Defendant American Cider Company, LLC prior to January 22, 2021, this Court will enter an order cancelling the show cause hearing scheduled for January 26, 2021 at 10:30 a.m. This Court will thereafter consider imposing sanctions on Defendant for noncompliance with the Default Judgment and Permanent Injunction Order dated April 30, 2019 ("Permanent Injunction Order"), (ECF No. 20), and grant further relief to Plaintiff unless notified by Plaintiff that Defendant is in full compliance with the Permanent Injunction Order.

    Plaintiff is instructed to serve a copy of this Order upon Defendant no later than January 21, 2021.

Dated: January 19, 2021
       New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE