UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MAC & JACK'S BREWERY INC.,

                Plaintiff,

-against-

AMERICAN CIDER COMPANY, LLC,

                Defendant.

------------------------------------------------------------ x

ORDER

19 Civ. 962 (GBD)

GEORGE B. DANIELS, District Judge:

    The show cause hearing scheduled to occur on January 26, 2021 at 10:30 a.m. is hereby cancelled.

Dated: January 25, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE